United States Courts
Southern District of Texas
FILED

*January 24, 2024*

Nathan Ochsner, Clerk of Court

EEOC Form 5 (07/24)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 460-2024-09272 |

Texas Workforce Commission Civil Rights Division

## 4:25cv372

---

Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*: LyTavia M. Robinson

Home Phone:      (832) 274-8284

Year of Birth:      2000

Street Address:    5819 Bridlington St

HOUSTON, TX 77085

---

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: HomeTowne on Bellfort

No. Employees, Members:

Phone No.:

Street Address:    10888 Huntington Estate Dr

HOUSTON, TX 77099

Name:

No. Employees, Members:

Phone No.:

Street Address:

---

DISCRIMINATION BASED ON:

Race

---

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 09/24/2024

Latest: 09/24/2024

---

THE PARTICULARS ARE:

On or about September 2024, I was discharged from my position with the Respondent.

I believe my termination is discriminatory based on my (Race, Black), and my (Brain injury). Other similarly situated coworkers, not in my protected class, were not discharged. The alleged reason for my termination is for sexually harassing a coworker, which I believe to be a pretext for discrimination.

I believe that I was discriminated against because of my Race (Black), in violation of Title VII of the Civil Rights Act of 1964, as amended.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Digitally Signed By: LyTavia M. Robinson

---

EEOC Form 5 (07/24)
11/02/2024

---

Charging Party Signature & Date

---

NOTARY – When necessary for State and Local Agency Requirements

---

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

---

Signature of Complainant

Subscribed and sworn to before me this date: _____

CP Enclosure with EEOC Form 5 (06/24)

## PRIVACY ACT STATEMENT

Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (06/24).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so *within 15 days* of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA, Section 207(f) of GINA, and 42 USC 2000gg-2(f)(1) of the PWFA it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Houston District Office**
1919 Smith Street, 6th Floor
Houston, TX 77002
(346) 327-7700
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 11/18/2024

**To:** LyTavia M. Robinson
5819 Bridlington St
HOUSTON, TX 77085
Charge No: 460-2024-09272

EEOC Representative and email:     ASHLEY WALLER
Investigator
Ashley.Waller@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 460-2024-09272.

On behalf of the Commission,

Digitally Signed By:Rayford O. Irvin
11/18/2024
Rayford O. Irvin
District Director

**Cc:**
Sha Hendrix
HomeTowne on Bellfort
10888 HUNTINGTON ESTATES DR OFC OFFICE
Houston, TX 77099

Jaime Olson
Wick Phillips Gould & Martin LLP
3131 MCKINNEY AVE STE 500
Dallas, TX 75204

Michael L Baum
Wick Phillips Gould & Martin LLP
3131 MCKINNEY AVE STE 500
Dallas, TX 75204

Shelby Broaddus
Wick Phillips Gould & Martin LLP
3131 MCKINNEY AVE STE 500
Dallas, TX 75204

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 460-2024-09272 to the

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Rayford O. Irvin, 1919 Smith Street 6th Floor, Houston, TX 77002.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 460-2024-09272 to the District Director at Rayford O. Irvin, 1919 Smith Street 6th Floor, Houston, TX 77002.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

Case 4:25-cv-00372 Document 1 Filed 01/24/25 in TXSD Page 8 of 13

In accordance with applicable state and federal law, the Company is an equal opportunity employer and will not discriminate in its employment practices on the basis of race, color, sex, creed, national origin, religion, disability, handicap, age or other characteristics or classification protected by applicable law.

In accordance with Section 504 of the Rehabilitation Act of 1973 and its implementing regulation, the Company will not, directly or through contractual or other arrangements, discriminate in its employment practices on the basis of handicap.

In accordance with the Americans with Disabilities Act of 1992 and its implementing regulations, the Company will not discriminate in its employment practices on the basis of disability. If you require

January 2020      8

## WORKPLACE HARASSMENT

The Company strives to foster respect for the dignity and value of all members of our organization. It is our policy to strive to provide a work environment free from any form of harassment based on race, color, religion, ancestry, creed, sex, age, disability, national origin, veteran status, marital status, or other characteristic protected by applicable law.

We will strive to provide a working atmosphere free from discriminatory insult, intimidation, sexism, and other forms of harassment, including sexual harassment, based on any other legally protected status. It is unacceptable for any employee to harass or sexually harass another person.

Examples of prohibited harassment include: verbal abuse; racial, ethnic and religious epithets; and slurs, jokes, photographs or pictures of a nature derogatory to persons based on religion, color, national origin, race, gender or sexual orientation.

# Work Place Harassment & Discrimination

I started working for Real Estate Management Company on Jan. 31 2024 as a Leasing Agent. I was promoted to Assistant Manager in May of 2024. Since my promotion the work place became a hostile environment.

- On June 27, 2024 Lashae Hendrix informed me that she knew the new leasing agent Tiffany Burns for about 30+ years. After she informed me during MS. Burns complete hiring process that she met her when she use to give shots to the residents of HomeTowne on Bellfort.

- On July 9, 2024 Lashae Hendrix stated that I wasn't trustworthy and I was a liability to the job. She also stated that I was not fit for a position that she placed me in.

- On July 10, 2024 Lashae Hendrix had a snarky attitude as she informed me of company procedures and I say yes ma'am Ms. Sha to show respect she replies don't say my name you don't need to say my name.

- On July 16, 2024 Lashe Hendrix continued to belittled me & state how I wasn't fit for a position she promoted me to.

- On July 31, 2024 Lashae Hendrix stated she no longer wanted to review my files as she felt her approach to me making mistakes on the files wasn't very settling with her spirit. She would prefer Deeana in the compliance department to review them and assist with my mistakes.

- On August 12, 2024 Lashae Hendrix continued to belittle me telling me I was not fit for a position she promoted me to. Also yelling at me regarding a file I sent to compliance as she instructed me to because she no longer wanted to review my files.

- On August 28, 2024 Our internet was down so I wasn't able to work on the computer, I proceed to ask Ms. Hendrix where there any task that needed to be done. She informs me

# Work Place Harassment & Discrimination

to go file, as I am in the back filing Ms. Hendrix and Ms. Burns are sitting in her office chatting and gossiping as they do daily.

- On September 3, 2024 Tiffany Burns walked away from me after I asked her a question ignoring me.

- On September 4, 2024 Lashae returns to work from her vacation after the Labor Day weekend with an attitude due to a Carport not being in the system. She calls me in her office and asked me why was the carport in the system I inform her that I didn't rent the item in the system due to me not being aware how to do it properly in the system but, I placed the file on her desk as well as sent an email of when the resident started to utilize the carport. Ms. Burns stated that she started using the carport back in April so Ms Hendrix threatened me by saying it wasn't going to be good for me If she got it in April and she was not made aware of it until August. Also on September 4, 2024 Tiffany Burns the leasing Agent grabbed a file off of my desk and didn't properly communicate to me that she did. After Ms. Hendrix yell at me telling me that I am supposed to communicate effectively. I go to ask Ms. Burns did she take the file off my desk because I could not locate the file she begins to studder an say I think I did umm yea I did because I saw that you had a note on the file to give to Ms. Sha

A prospect Jo Ester was denied due to her being over income. Ms Jo was a problem prospect that yelled and disrupted business operations. I was not aware of the business that was conducted with Ms, Jo was pushed on to me and Ms. Hendrix stated that she was not going to deal with Ms. Jo

 Gmail

Tayy love <taylove233246@gmail.com>

## Vork place harrasment

ay Love <lytaviarobinson97@gmail.com>
): Tayy love <taylove233246@gmail.com>                                    Wed, Sep 25 at 9:45 AM

Came to me this morning and stated that me being isolated and reserved focusing on my work was something that could cause my manager tina Bateman to think it's the reason why we aren't leasing.
Also she asked me to explain a notice to a resident that he received about a balance owed I delivered the notices. An she quickly retracted the document and she went to the leasing agent for her to explain.
Made me feel incompetent in properly doing my job. Im working on the leasing agents file while they're in the office chatting.

Sent from my iPhone

This incident took place on Sept. 10, 2024

# Work Place Harassment & Discrimination

- On September 9, 2024 Leasing Agent Tiffany Burns asked me a question that I di not have a answer to I proceed to go ask the property manager Ms. Hendrix. She gets up from her desk ignores me and walks to the leasing agents office to answer the question.

- On September 12, 2024 Ms. Hendrix asks me if I was retarded.

- On September 18, 2024 I was informed by the property manager Ms. Hendrix do not be proactive at work to go file paperwork in the back a job duty of the leasing agent. I put the paperwork in order to be filed weeks back and I tell the leasing agent and her response to  me was why don't you file them.

- On September 20, 2024 I initiate a conversation with Ms. Hendrix because I felt the work place became a little hostile the leasing and the property manager were not speaking. Ms. Hendrix tells me that she was no longer invested in my success and she no longer cared if I worked at the job or not.

- On September 24, 2024 I came into work clocked in and sat at my desk to work the property manager and the supervisor Tina Bateman came to falsely accuse me of sexually harassing a co-worker and It being over heard by prospect that I stated why are you walking away from me which did not take place. They stated that they got statements from the alleged victim and some prospect. The refused to show the statement or bring Mr. Raul the alleged victim into the office.

All these incident were acts that were stated in the employee handbook as unexpectable. Stated in the employee handbook: Examples of prohibited harassment include: verbal abuse, racial, ethnic, and religious epithets and slurs, jokes, photographs or pictures of a nature derogatory to persons based on religion, color, national origin, race, gender, or sexual orientation.

# Work Place Harassment & Discrimination

Also in the handbook under the Equal Employment Opportunity, The company is an equal opportunity employer and will not discriminate in its employment practices on the basis of race, color, sex, creed, national origin, religion, disability, handicap, age, or other characteristics or classification protected by applicable law.